No. D–157. IN RE DISBARMENT OF MITCHELL. It is ordered that Robert B. Mitchell, Jr., of Bethlehem, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–158. IN RE DISBARMENT OF HERMAN. It is ordered that Harold C. Herman, of Woodmere, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–161. IN RE DISBARMENT OF BONG HYUN KIM. It is ordered that Bong Hyun Kim, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 77–1844. CITY OF MOBILE, ALABAMA, ET AL. v. BOLDEN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 439 U. S. 815.] Motion of Lawyers Committee for Civil Rights Under Law for leave to file a brief as amicus curiae granted.

No. 78–425. P. C. PFEIFFER CO., INC., ET AL. v. FORD ET AL. C. A. 5th Cir. [Certiorari granted, 439 U. S. 978.] Motions of National Association of Stevedores, Alliance of American Insurers et al., and International Longshoremen's Assn., AFL–CIO, for leave to file briefs as amici curiae granted.

No. 78–482. SMITH, JUDGE, ET AL. v. DAILY MAIL PUBLISHING CO. ET AL. Sup. Ct. App. W. Va. [Certiorari granted, 439 U. S. 963.] Motions of American Society of Newspaper Editors et al., American Newspaper Publishers Assn., Chicago Tribune Co., and American Civil Liberties Union for leave to file briefs as amici curiae granted.